### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| 2018-4 IH BORROWER LP, et al., | * | |
| | * | |
| Plaintiffs/Counterclaim Defendants, | * | |
| | * | |
| | * | |
| v. | * | 1:22-CV-01157-ELR |
| | * | |
| JENNIFER MILLER, | * | |
| | * | |
| Defendant/Counterclaim Plaintiff. | * | |
| | * | |
| | * | |

_____

## O R D E R

_____

This case is before the Court on Magistrate Judge Christopher C. Bly's Final Report and Recommendation ("R&R"). [Doc. 6]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); see also Fed. R. Civ. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); see also Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court. [Doc. 6]. For the reasons stated in the R&R, the Court **REMANDS** this action to

the Superior Court of Douglas County, Georgia and **DIRECTS** the Clerk to close this case.

    **SO ORDERED**, this 10th day of May, 2022.

_Eleanor L. Ross_
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia
